<u>DEFENDANT</u>:  HUNTER LLOYD WALTERS

<u>YOB</u>: 1999

<u>ADDRESS</u> (CITY/STATE):  TRANSIENT

<u>OFFENSE(S)</u>: 18 U.S.C. § 2113(a), Bank Robbery

<u>LOCATION OF OFFENSES</u> (COUNTY/STATE):  Denver County, Colorado

<u>PENALTY</u>:  NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment.

<u>AGENT</u>:  Task Force Officer William Monahan Jr, FBI Denver Rocky Mountain Safe Streets Task Force

<u>AUTHORIZED BY</u>:  Brian Dunn, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

   X   five days or less       ____ over five days       ____ other

<u>THE GOVERNMENT</u>

   X   will seek detention in this case       ____ will **not** seek detention in this case

The statutory presumption of detention **is** or **(is not)** applicable to this defendant. **(Circle one)**

OCDETF CASE:       ____ Yes       X       No